41 A.3d 859

## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent

v.

### Anthony JOHNSON, Petitioner.

**No. 173 EM 2011.**

Supreme Court of Pennsylvania.

April 11, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of April, 2012, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to adjudicate Petitioner's pending Post Conviction Relief Act petition within 90 days of this order.